IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND; PAMCAH-UA LOCAL 675 ANNUITY FUND; PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND; PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND; PAMCAH-UA LOCAL 675 TRAINING FUND; PAMCAH-UA LOCAL 675 COOPERATION FUND;<br><br>Plaintiffs,<br><br>v.<br><br>GORDON MECHANICAL LLC, a Hawaii limited liability company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10;<br><br>Defendants. | CIV. NO. 26-00115 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT GORDON MECHANICAL LLC, A HAWAII LIMITED LIABILITY COMPANY |

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT GORDON MECHANICAL LLC, A HAWAIILIMITED LIABILITY COMPANY**

Amended Findings and Recommendation having been filed and served on all parties on June 25, 2026, and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Amended

Findings and Recommendation to Enter Default Judgment and Award Damages

Against Defendant Gordon Mechanical LLC, a Hawaii Limited Liability

Company, ECF No. 18, filed on June 25, 2026, are ADOPTED as the opinion and

Order of this court.

The clerk of court is directed to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 13, 2026.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge